**Order filed February 5, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00918-CR
NO. 14-18-00919-CR
_____

**GARY DAVIS GARRETSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 399th Judicial District Court**
**Bexar County, Texas**
**Trial Court Cause Nos. 2017CR12813, 2017CR7980**

## ORDER

On December 28, 2018, appellant filed a motion to consolidate these related appeals. A clerk's record and reporter's record have been filed in each case. Currently, the case is abated for a hearing in the trial court. The motion is GRANTED and we issue the following order:

We order the appeals pending under our appellate case numbers 14-18-00918-CR and 14-18-00919-CR CONSOLIDATED. The existing filing deadlines

in case number 14-18-00918-CR will apply to both cases.


PER CURIAM.